*Colon v. ATF, et al*, Appeal No. 24-10897

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to 11th Cir. R. 26.1-1(a), Appellee files this Certificate of Interested Persons and Corporate Disclosure Statement. The following are all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal known to the undersigned:

1. 2nd Amendment Armory, *Plaintiff-Appellee*
2. Bowen, Brigham J., *Attorney for Defendants-Appellants*
3. Boynton, Brian M., *Attorney for Defendants-Appellants*
4. Colon, Josiah, *Plaintiff-Appellee*
5. Dettelbach, Steven M., *Defendant-Appellant*
6. Drezner, Michael, *Attorney for Defendants-Appellants*
7. Garland, Merrick B., *Defendant-Appellant*
8. Janda, Sean R., *Attorney for Defendants-Appellants*
9. Kling, Brandon, *Plaintiff-Appellee*
10. Lewis, Benjamin R., *Attorney for Defendants-Appellants*
11. Larosiere, Matthew, *Attorney for Plaintiffs-Appellees*
12. Lowenstein, Jody D., *Attorney for Defendants-Appellants*

13. Lowry, Faith E., *Attorney for Defendants-Appellants*

14. Martin, William, *Plaintiff-Appellee*

15. Mele, Eric, *Plaintiff-Appellee*

16. Pitz, Taylor, *Attorney for Defendants-Appellants*

17. Scriven, Mary S., *District Judge for the Middle District of Florida*

18. Wright, Abby C., *Attorney for Defendants-Appellants*

19. Zermay, Zachary Z., *Attorney for Plaintiffs-Appellees*

No publicly traded company or corporation has an interest in the outcome of this appeal to the undersigned's knowledge.

/s/ Matthew Larosiere
*Counsel for Appellees*
The Law Office of Matthew Larosiere
6964 Houlton Cir,
Lake Worth FL 33467
Tel: (561) 452 7575
Larosieremm@gmail.com

## Certificate of Service

I certify that a copy of the foregoing was sent by CM/ECF on June 28, 2024, and notice of this filing was electronically served on all parties there registered for service.

/s/ Matthew Larosiere
Matthew Larosiere
*Counsel for Appellees*