**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                    In Replying Give Number
Clerk                                                                              Of Case and Names of Parties

October 15, 2024

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **March 3, 2025, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.**
*Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email
**Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.*
*PLEASE REFER TO CALENDAR #10.*

| | |
|---|---|
| 23-14095 | Nakia Hamilton v. U.S. Attorney General |
| 23-13979 | State Farm Mutual Automobile Insurance Company, et al. v. Michael LaRocca, et al. |
| 22-13038 | United States v. Jorge-Hernandez, et al. (Consolidated with 22-13039, United States v. Ignacio Felix-Salinas and 22-13307, United Stats v. Elias Chiroy-Cac) |
| 23-13297 | Al Rushaid Petroleum Investment Company, et al. v. Siemens Energy Incorporated |
| 23-13727 | Vote.org, et al. v. Secretary, State of Florida, et al. |
| 23-10544 | United States v. Jy'Quale Grable |
| 23-10463 | United States v. Steven Marks |
| 24-10897 | Josiah Colon, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. |
| 23-13628 | Donald Whidden, et al. v. Federal Insurance Company |
| 23-12518 | Prime Property and Casualty Insurance Company v. Kepali Group, Inc., et al. |
| 23-13031 | L. Squared Industries, Inc. v. Nautilus Insurance Company |
| 23-10811 | Clemente Aguirre-Jarquin v. Robert Hemmert, et al. |
| 23-11000 | United States v. Dallas Robinson, Jr. |
| 23-10365 | The Hurry Family Revocable Trust, et al. v. Christopher Frankel |
| 24-10545 | Elisabeth Koletas v. United States |
| 23-11146 | United States v. Jeremy Brown |