# UNITED STATES COURT OF APPEAL
## FOR THE ELEVENTH CIRCUIT

_____

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Room 13-104<br>Jacksonville, Florida  32202<br>(904) 301-5665 | HEARING LOCATION<br><br>Gerald B. Tjoflat Courtroom, 13th Floor<br>United States Courthouse<br>300 North Hogan Street<br>JACKSONVILLE, FLORIDA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked * will not exceed thirty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, MARCH 4, 2025

| | |
|---|---|
| 23-10544 | United States v. Jy'Quale Grable, Appellant |
| 22-13038 | United States v. Jorge Ferretiz-Hernandez, Appellant (Consolidated with 22-13039, United States v. Ignacio Felix-Salinas, Appellant and 22-13307, United States v. Elias Chiroy-Cac, Appellant) |
| 24-10545 | Elisabeth Koletas, Appellant v. United States |
| 24-11080 | Jaime Vargas, et al., Appellants v. Lincare, Inc., et al. |

### WEDNESDAY, MARCH 5, 2025

| | |
|---|---|
| 23-10463 | United States v. Steven Marks, Appellant |
| 23-14095 | Nakia Hamilton, Petitioner v. U.S. Attorney General |
| 24-10897 | Josiah Colon, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al., Appellants |
| 23-13979 | State Farm Mutual Automobile Insurance Company, et al., Appellants v. Michael LaRocca, et al. |

### THURSDAY, MARCH 6, 2025

| | |
|---|---|
| 23-11146 | United States v. Jeremy Brown, Appellant |
| 23-13628 | Donald Whidden, et al., Appellants v. Federal Insurance Company |
| 23-12518 | Prime Property and Casualty Insurance Company, Appellant/Cross Appellee v. Kepali Group, Inc., et al., |
| 23-10365 | The Hurry Family Revocable Trust, et al., Appellees/Cross Appellants v. Christopher Frankel, Appellant/Cross Appellee |

### FRIDAY, MARCH 7, 2025

| | |
|---|---|
| 23-11000 | United States v. Dallas Robinson, Jr., Appellant |
| 23-14124 | Maria Mejia Ponce, et al., Petitioners v. U.S. Attorney General |
| 23-13031 | L. Squared Industries, Inc., Appellant v. Nautilus Insurance Company |
| 23-10811 | Clemente Aguirre-Jarquin, Appellee/Cross Appellant v. Robert Hemmert, et al., Appellants/Cross Appellees |

## COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
01/16/25 - #10