# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10897

_____

JOSIAH COLON,
BRANDON KLING,
ERIC MELE,
WILLIAM MARTIN,
2ND AMENDMENT ARMORY,
a Florida profit corporation,

                                                 Plaintiffs-Appellees,

*versus*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
DIRECTOR, BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
UNITED STATES DEPARTMENT OF JUSTICE,
U.S. ATTORNEY GENERAL,

2                          Order of the Court                          24-10897

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00223-MSS-NHA

_____

ORDER:

The Government's motion to postpone oral argument and hold the appeal in abeyance is granted in part and denied in part. The currently-scheduled oral argument is postponed, and the clerk is directed to place this case on the next available oral argument calendar in May or June of 2025.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION