

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

March 4, 2025

**Via CM/ECF**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
Office of the Clerk
56 Forsyth Street NW
Atlanta, GA 30303

      RE:    *Colon v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*,
             No. 24-10897
             (not scheduled for oral argument)

Dear Mr. Smith:

      I am the government attorney responsible for oral argument in the above-captioned appeal, which the Court has assigned to a tentative calendar for the week of May 12, 2025, in Atlanta. I will also be presenting argument in a different case, *Kalbers v. U.S. Department of Justice*, Nos. 24-1048, 24-1477 (9th Cir.), which the Ninth Circuit has recently calendared for Friday, May 16, 2025, in Pasadena, CA. To avoid a conflict between those two arguments, I am writing to respectfully request that the Court not schedule argument in this case on May 15 or May 16. Thank you for your consideration.

                                                  Sincerely,

                                                  */s/ Sean R. Janda*
                                                  Sean R. Janda

cc:    All counsel (via CM/ECF)