# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

―――――――

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing | HEARING LOCATION | DAVID J. SMITH Clerk of Court United States Court of Appeals for the Eleventh Circuit (404) 335-6100 |
| Clerk's Office 56 Forsyth Street, N.W. Atlanta, Georgia 30303 (404) 335-6131 | Courtroom 339 Elbert P. Tuttle United States Court of Appeals Building 56 Forsyth Street, N.W. ATLANTA, GEORGIA COURT CONVENES AT 9:00 A.M. (unless otherwise shown) | |

―――――――

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, MAY 13, 2025

| | |
|---|---|
| 23-13942 | United States v. Ryan Reeves, Appellant |
| 24-10897 | Josiah Colon, et a. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al., Appellants |
| 24-10084 | Rani Bolton, et al., Appellants v. Inland Fresh Seafood Corporation of America, Inc., et al. |
| 24-10372 | Fair Fight, Inc., Appellant v. Catherine Engelbrecht, et al. |

### WEDNESDAY, MAY 14, 2025

| | |
|---|---|
| 23-13069 | United States v. Jerome Miller, Jr., Appellant |
| 22-13853 | Securities and Exchange Commission v. Michael Furman, Appellant |
| 23-13027 | Securities and Exchange Commission, et al. v. Dean Vagnozzi, Appellant |
| 24-10956 | Lashonda Peeples, Appellant v. National Data Research, Inc. |

### THURSDAY, MAY 15, 2025

| | |
|---|---|
| 22-11082 | Central Baptist Church of Albany Georgia, Inc. v. Church Mutual Insurance Company, Appellant |
| 24-10230 | Alpha Phi Alpha Fraternity, Inc., et al., Appellants v. Secretary, State of Georgia |
| 24-10231 | Coakley Pendergrass, et al., Appellants v. Secretary, State of Georgia |
| 24-10241 | Annie Grant, et al., Appellants v. Secretary, State of Georgia |

### FRIDAY, MAY 16, 2025

| | |
|---|---|
| 24-11733 | Walmart, Inc. v. Chief Administrative Law Judge of the Office of the Chief Administrative Hearing Officer, et al., Appellants |
| 23-13029 | Ramona Bivins v. Gail Hambrick, Appellant |
| 23-13376 | Amy Sanusi, et al., Appellants v. Grady Memorial Hospital Corporation |
| 23-12884 | Tiana Hill, Appellant v. Clayton County, Georgia, et al. |

## COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
03/18/25 - #16