**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                           Of Case and Names of Parties

March 20, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JULY 28, 2025, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).   An amicus curiae may participate in oral argument only with the Court's permission. See FRAP 29(a)(8).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.***
***PLEASE REFER TO CALENDAR #20.***

| Case No. | Case |
|---|---|
| 24-10889 | Baytree, Condominium, Section Eight, Inc. v. Clear Blue Specialty Insurance Company |
| 24-10165 | Richard Skipper v. United States |
| 24-11372 | Anthony Leslie, et al. v. Daimler Trucks North America LLC |
| 24-10264 | Christopher Conte v. Johnny Hill, et al. (Consolidated with 24-10265, Christopher Conte v. Peggy Proffitt) |
| 24-11099 | Elnoria Howell v. Baldwin County Board of Education, et al. |
| 24-10895 | New South Media Group, LLC, et al. v. City of Rainbow City, Alabama |
| 24-10283 | Bill Austin, et al. v. Regency Realty Inc., et al. |
| 24-11410 | C.B., et al. v. Henry County School District |
| 24-12289 | Barred Business, et al. v. Governor of the State of Georgia, et al. |
| 23-13563 | Jennifer Maldonado v. Tony Money, et al. |
| 23-14081 | Keith Pearce, et al. v. State Farm Florida Ins. Company, et al. (REVISED ARGUMENT DATE) |
| 24-10897 | Josiah Colon, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al. (REVISED ARGUMENT DATE) |
| 21-12618, 21-14325, 23-10640, 23-11080, 23-12584, 23-12742, 23-13155, 23-13182 and 23-13283 | In Re:  Zantac (Ranitidine) Products Liability Litigation |