IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Josiah Colon, et al.,

      Plaintiffs-Appellees,

      v.

ATF, et al.

      Defendants-Appellants.

No. 24-10897

**MOTION TO WITHDRAW**

Defendants-appellees respectfully request that Abby Wright be permitted to withdraw as counsel in this appeal because Ms. Wright is leaving the U.S. Department of Justice as of April 4th. Defendants-appellants will continue to be represented by Sean Janda and Benjamin Lewis.

Respectfully submitted,

/s/ Abby C. Wright
ABBY C. WRIGHT
(202) 514-0664
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave. NW
  Room 7517
  Washington, D.C. 20530
  abby.wright@usdoj.gov

MARCH 2025

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants-Appellants certify that the following have an interest in the outcome of this appeal:

    2nd Amendment Armory

    Bowen, Brigham J.

    Boynton, Brian M.

    Colon, Josiah,

    Director, Bureau of Alcohol, Tobacco, Firearms, and
        Explosives

    Drezner, Michael,

    United States Attorney General,

    Janda, Sean R.,

    Kling, Brandon,

    Lewis, Benjamin R.,

    Larosiere, Matthew,

    Lowenstein, Jody D.,

    Lowry, Faith E.,

    Martin, William,

Mele, Eric,

Pitz, Taylor,

Scriven, Mary S., *District Judge for the Middle District of Florida*

Wright, Abby C.,

Zachary Z. Zermay,

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Rule 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Rule 27(d)(2)(A) because it contains 99 words, according to the count of Microsoft Word.

                                            */s/ Abby C. Wright*
                                            ABBY C. WRIGHT