# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10897

_____

JOSIAH COLON,
BRANDON KLING,
ERIC MELE,
WILLIAM MARTIN,
2ND AMENDMENT ARMORY,
a Florida profit corporation,

                Plaintiffs-Appellees,

*versus*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
DIRECTOR, BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
UNITED STATES DEPARTMENT OF JUSTICE,
U.S. ATTORNEY GENERAL,

| | | |
|---|---|---|
| 2 | Order of the Court | 24-10897 |

Defendants-Appellants.

———————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00223-MSS-NHA

———————————

ORDER:

The motion to withdraw as counsel filed by Abby Wright is GRANTED.

DAVID J. SMITH<br>
Clerk of the United States Court of<br>
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION