# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument
should appear in person at the Clerk's
Office NO LATER THAN 8:30 A.M.
on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia  30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

_____

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, JULY 29, 2025

| | |
|---|---|
| 24-10264 | Christopher T. Conte, Appellant v. Johnny Hill, et al., (Consolidated with 24-10265, Christopher T. Conte, Appellant v. Peggy Proffitt) |
| 24-12289 | Barred Business, et al. v. Governor of the State of Georgia, et al., Appellants |
| 23-11323 | Natural Lands, LLC v. City of Boca Raton, Appellant |
| 23-14081 | Keith Pearce, et al., Appellants v. State Farm Florida Insurance Company, et al. |

### WEDNESDAY, JULY 30, 2025

| | |
|---|---|
| 24-13896 | Pen American Center, Inc., et al. v. Escambia County School Board, Appellant |
| 24-10223 | Dish Network LLL v. Gaby Fraifer, et al., Appellants |
| 23-12024 | Christopher Cobb, Appellant v. Warden, et al. |
| 24-13315 | Marc Irwin Sharfman M.D. P.A., Appellant v. Precision Imaging St. Augustine LLC, et al. |

### THURSDAY, JULY 31, 2025

| | |
|---|---|
| 24-10165 | Richard Skipper, Appellant v. United States |
| 24-11372 | Anthony Leslie, et al., Appellants v. Daimler Trucks North America LLC |
| 24-10283 | Bill Austin, et al., Appellants v. Regency Realty Inc., et al. |
| 23-13563 | Jennifer Maldonado v. Tony Money, et al., Appellants |

### FRIDAY, AUGUST 1, 2025

| | |
|---|---|
| 24-10897 | Josiah Colon, et al. v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al., Appellants |
| 24-10895 | New South Media Group, LLC, et al., Appellant v. Rainbow City, Alabama |
| 24-11410 | C.B., et al., Appellants v. Henry County School District |
| 24-11731 | Michael McGuire, et al. v. Attorney General, State of Alabama, et al, Appellants |

# COUNSEL MUST REPORT TO THE COURTROOM DEPUTY PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
05/13/25 - #20