In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-10897

_____

JOSIAH COLON,
BRANDON KLING,
ERIC MELE,
WILLIAM MARTIN,
2ND AMENDMENT ARMORY,
a Florida profit corporation,

                                        Plaintiffs-Appellees,

*versus*

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
DIRECTOR, BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES,
UNITED STATES DEPARTMENT OF JUSTICE,
U.S. ATTORNEY GENERAL,

2                          Order of the Court                    24-10897

                                                    Defendants-Appellants.

———————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cv-00223-MSS-NHA

———————————————

ORDER:

The Court *sua sponte* orders that this case be HELD IN
ABEYANCE pending the Fifth Circuit's decision in *Mock v. Garland*,
No. 24-1073 (5th Cir. filed Aug. 15, 2024), in which the Fifth Circuit
is set to review the U.S. District Court for the Northern District of
Texas's vacatur of the rule under review in the instant appeal.[1] The
clerk is DIRECTED to remove this case from the oral argument
calendar. The parties are ORDERED to notify the Court of the
Fifth Circuit's decision in *Mock* within three days of that decision,
at which time the Court—if necessary—will reschedule this case
for oral argument.

---

[1] In *Trump v. CASA, Inc.*, —U.S.—, 2025 WL 1773631, at *8 n.10 (U.S. June 27,
2025), the Supreme Court stated: "Nothing we say today [about universal
injunctions under the Judiciary Act] resolves the distinct question whether the
Administrative Procedure Act authorizes federal courts to vacate federal
agency action."

24-10897                  Order of the Court                            3

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION