

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

July 28, 2025

**Via CM/ECF**

David J. Smith, Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
Office of the Clerk
56 Forsyth Street NW
Atlanta, GA 30303

    RE:    *Colon v. Bureau of Alcohol, Tobacco, Firearms, and Explosives*,
                No. 24-10897
                (not scheduled for oral argument)

Dear Mr. Smith:

    On July 15, the Court placed this case in abeyance pending the Fifth Circuit's resolution of *Mock v. Garland*, No. 24-10743 (5th Cir.). The Court ordered the parties to "notify the Court of the Fifth Circuit's decision in *Mock* within three days of that decision." The government now notifies the Court that, on July 25, the Fifth Circuit dismissed the appeal in *Mock* pursuant to the joint stipulation of the parties. The Fifth Circuit's order is attached.

                                            Sincerely,

                                            */s/ Sean R. Janda*
                                            Sean R. Janda

cc:    All counsel (via CM/ECF)