No. 24-10897

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JOSIAH COLON; BRANDON KLING; ERIC MELE; WILLIAM MARTIN; and 2ND AMENDMENT ARMORY, a Florida profit corporation;

Plaintiffs-Appellees,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and U.S. ATTORNEY GENERAL,

Defendants-Appellants.

On Appeal from the United States District Court
for the Middle District of Florida

## STIPULATION OF DISMISSAL

| | |
|---|---|
| MATTHEW LAROSIERE, ESQ.<br>6964 Houlton Circle<br>Lake Worth, FL 33467<br>Email: larosieremm@gmail.com<br>Telephone: 561-452-7575<br><br>*Counsel for Appellees* | BRETT A. SHUMATE<br>   *Assistant Attorney General*<br>COURTNEY L. DIXON<br>SEAN R. JANDA<br>BEN LEWIS<br>   *Attorneys, Appellate Staff*<br>   *Civil Division, Room 7260*<br>   *U.S. Department of Justice*<br>   *950 Pennsylvania Avenue NW*<br>   *Washington, DC 20530*<br>   *(202) 514-3388*<br><br>*Counsel for Appellants* |

*Colon v. ATF*, No. 24-10897 (11th Cir.)

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for defendants-appellants certify that, to the best of their knowledge, the following constitutes a complete list of trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this particular case or appeal:

2nd Amendment Armory, *Plaintiff-Appellee*

Bowen, Brigham J., *Attorney for Defendants-Appellants*

Boynton, Brian M., *Attorney for Defendants-Appellants*

Colon, Josiah, *Plaintiff-Appellee*

Dettelbach, Steven M., Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, *Defendant-Appellant*

Dixon, Courtney L., *Attorney for Defendants-Appellants*

Drezner, Michael, *Attorney for Defendants-Appellants*

Garland, Merrick B., United States Attorney General, *Defendant-Appellant*

Janda, Sean R., *Attorney for Defendants-Appellants*

Kling, Brandon, *Plaintiff-Appellee*

Larosiere, Matthew, *Attorney for Plaintiffs-Appellees*

Lewis, Benjamin R., *Attorney for Defendants-Appellants*

Lowenstein, Jody D., *Attorney for Defendants-Appellants*

Lowry, Faith E., *Attorney for Defendants-Appellants*

*Colon v. ATF*, No. 24-10897 (11th Cir.)

Martin, William, *Plaintiff-Appellee*

Mele, Eric, *Plaintiff-Appellee*

Pitz, Taylor, *Attorney for Defendants-Appellants*

Scriven, Mary S., *District Judge for the Middle District of Florida*

Shumate, Brett A., *Attorney for Defendants-Appellants*

Wright, Abby C., *Attorney for Defendants-Appellants*

Zermay, Zachary Z., *Attorney for Plaintiffs-Appellees*

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with all parties to bear their own costs. Plaintiffs retain the right to seek attorney's fees in district court, including attorney's fees incurred on appeal.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew Larosiere* <br> MATTHEW LAROSIERE, ESQ. <br> 6964 Houlton Circle <br> Lake Worth, FL 33467 <br> Email: larosieremm@gmail.com <br> Telephone: 561-452-7575 <br><br> *Counsel for Appellees* | BRETT A. SHUMATE <br>   *Assistant Attorney General* <br> COURTNEY L. DIXON <br><br> */s/ Sean R. Janda* <br> SEAN R. JANDA <br> BEN LEWIS <br>   *Attorneys, Appellate Staff* <br>   *Civil Division, Room 7260* <br>   *U.S. Department of Justice* <br>   *950 Pennsylvania Avenue NW* <br>   *Washington, DC 20530* <br>   *(202) 514-3388* <br><br> *Counsel for Appellants* |

AUGUST 2025